

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | NO. 6:21-CR-37 |
| V. | § § | JUDGES JDK/KNM |
| TRENZELL ADDONIS ARDS<br>a.k.a. "Scoota" | § § § | SEALED |

## INDICTMENT

THE UNITED STATES GRAND JURY CHARGES:

### COUNT ONE

<u>Violation</u>: 18 U.S.C. § 922(g)(1)
(Felon in Possession of a Firearm)

On or about January 2, 2021, in the Eastern District of Texas, defendant **Trenzell Addonis Ards**, did knowingly possess, in or affecting interstate or foreign commerce, a firearm, to wit: a Smith & Wesson, model M&P Shield, 9mm caliber pistol, while knowing he had been convicted of an offense punishable by a term of imprisonment exceeding one year, specifically:

1. Burglary of a Building, a felony, in the 114th District Court of Smith County, Texas, in cause number 114-0035-14, on March 19, 2015;

2. Manufacture or Delivery of a Controlled Substance, a felony, in the 114th District Court of Smith County, Texas, in cause number 114-0275-15, on March 19, 2015.

In violation of 18 U.S.C. § 922(g)(1).

## NOTICE OF INTENT TO SEEK CRIMINAL FORFEITURE
Pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461

As a result of committing the offense as alleged in this indictment, the defendant shall forfeit to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461 all property involved in or traceable to property involved in the offense. Moreover, if any property subject to forfeiture, as a result of any act or omission by the defendant:

(a) cannot be located upon the exercise of due diligence;
(b) has been transferred or sold to, or deposited with a third party;
(c) has been placed beyond the jurisdiction of the court;
(d) has been substantially diminished in value; or
(e) has been commingled with other property which cannot be subdivided without difficulty;

the defendant shall forfeit to the United States any other property of the defendant up to the value of the forfeitable property.

A TRUE BILL,

5/19/21
Date

FOREPERSON OF THE GRAND JURY

NICHOLAS J. GANJEI
ACTING U.S. ATTORNEY

BRYAN JIRAL
SPECIAL ASSISTANT U.S. ATTORNEY

Indictment - Page 2 of 3

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION



FILED
MAY 19 2021
Clerk, U.S. District Court
Texas Eastern

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| V. § | NO. 6:21-CR-37 |
| § | JUDGES Kernodle/Mitchell |
| TRENZELL ADDONIS ARDS § | |
| a.k.a. "Scoota" § | |

## NOTICE OF PENALTY

### COUNT ONE

Violation:            18 U.S.C. § 922(g)(1)

Penalty:              Imprisonment for not more than 10 years, a fine not to exceed $250,000, or both, and supervised release of not more than 3 years.

Special Assessment:   $100.00